THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY H. SULLIVAN, Individually and as Executrix of TIMOTHY J. SULLIVAN, Deceased, Respondent, *v.* THOMAS P. MCLAUGHLIN et al., Constituting the Board of Appeals of the City of New Rochelle, Appellants.

(Argued January 7, 1935; decided January 22, 1935.)

*Sol Rubin* for appellants.

*Monroe J. Cahn* and *Humphrey J. Lynch* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs to the appellants in all courts. The Appellate Division was not justified in substituting its judgment for that of the Zoning Board in the absence of arbitrary action. (*People ex rel. St. Albans-Springfield Corp.* v. *Connell,* 257 N. Y. 73.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.